**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-07-525-PCT-FJM |
|               Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | ORDER OF DETENTION |
| Marcus Jackson, | ) | |
|               Defendant. | ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has not been held.  The defendant submitted the matter to the Court.

The Court concludes, by a preponderance that defendant is a flight risk and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

NUNC PRO TUNC to the 6TH  day of June, 2007.


Edward C. Voss
United States Magistrate Judge